# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PATRICIA CARTER, AN ADULT INDIVIDUAL, CAROL BETH WILSON, AN ADULT INDIVIDUAL, JOHN ALLEN WILSON, AN ADULT INDIVIDUAL AND ELIZABETH WILSON, AN ADULT INDIVIDUAL, | : : : : : : | No. 92 WAL 2018

Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : : | |
| v. | : : : | |
| RICHARD M. FANNING AND DEBRA J. FANNING, HUSBAND AND WIFE, JEFFREY J. DUTTON AND LISA A. DUTTON, HUSBAND AND WIFE, LARRY N. CERCIELLO AND KANDY S. CERCIELLO, HUSBAND AND WIFE, | : : : : : : : | |
| Respondents | : : : | |
| v. | : : : | |
| RANGE RESOURCES-APPALACHIA, LLC, | : : : | |
| Respondent | : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.